## 1116

## W. E. BURNETT v. STATE.
No. 14493.

Court of Criminal Appeals of Texas.
Nov. 18, 1931.

Frank M. Chaney and G. De Graffenried, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, ninety-nine years in the penitentiary.

In view of the serious penalty imposed in this case, it is to be regretted that no statement of facts accompanies the record. We find neither bills of exception nor statement of facts. The judgment and sentence, together with the indictment and charge of the court, appear to be in conformity with law.

The judgment will be affirmed.

## Frank BROI v. STATE.
No. 14933.

Court of Criminal Appeals of Texas.
Nov. 18, 1931.

T. B. Bartlett, of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

The record is before this court without statement of facts or bills of exception. The indictment appears regular. No error has been perceived or pointed out.

The judgment is affirmed.

## Noah CORNUTT v. STATE.
No. 14825.

Court of Criminal Appeals of Texas.
Nov. 13, 1931.

J. Sid O'Keefe, of Panhandle, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Assault with intent to kill is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts and bills of exception.

No fundamental error has been perceived or pointed out.

The judgment is affirmed.

## John Henry CRAWFORD v. STATE.
No. 14939.

Court of Criminal Appeals of Texas.
Nov. 18, 1931.

McKinney, Henson & Thomason, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Drunkenness in a public place is the offense; penalty assessed at a fine of $5.

The offense is defined by article 475, P. C. 1925.

The record is void of a statement of facts and bills of exception. No error requiring or justifying a reversal has been discovered or pointed out.

The judgment is affirmed.